**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 20, 2022

Ms. Constance Mann
Law Office
1107 Battlewood Street
Franklin, TN 37069

          Re:  Case No. 22-5307, *Montrell Kilpatrick v. HCA Human Resources, LLC*
                Originating Case No. : 3:17-cv-00670

Dear Counsel,

   The appearance form which you submitted to the court has one or more deficiencies. You are directed to correct these deficiencies as shown on the enclosed checklist. Failure to do so may result in not being designated as counsel of record.

   If you have any questions, please contact the clerk's office for assistance.

                                              Sincerely yours,

                                              s/C. Anthony Milton
                                              Case Manager
                                              Direct Dial No. 513-564-7026

cc: Mr. Robert E. Boston
Ms. Brittany Stancombe Hopper

Enclosure

# APPEARANCE FORM CHECKLIST

☐ Attorneys must use their personal PACER account to file any document. Attorneys are not permitted to use their account to file on behalf of another attorney. Please refile using your own account within 7 days.

☐ The appearance form was not filed on the correct case. Please refile on case number _____ within 7 days.

☐ The appearance form was filed in a case which you are not a participant. Please refile in the appropriate case and deselect any additional case numbers within 7 days.

☐ The contact information (address - email - phone) does not match our records. You must update your contact information with PACER or risk not receiving proper notifications in this case. When you update your address with PACER, be sure you also select this court to receive the updated address. If you have further questions as to whether this court has received the updated information, you may call the Clerk's Office at 513-564-7000.

☐ The appearance form is not signed. Please sign in the signature field, either in electronic format (s/) or handwritten, and refile within 7 days.

☑ **The appearance form, corporate disclosure statement, and civil appeal statement of parties and issues are in an editable format.** This is an indication that the documents were not printed to PDF before uploading. **After completing the forms, select print and print to PDF.** This will format the documents into a non-modifiable pdf.