# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **22-5307**    Case Manager: **Anthony Milton**

Case Name: **Montrell Kilpatrick v. HCA Human Resources, LLC**

Is this case a cross appeal? ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☑ Yes  ☐ No
If yes, state:
    Case Name: **Montrell Kilpatric v. HCA**    Citation: **19-5230**
Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

Appellee:  HCA Human Resources, LLC

Issues:

Whether there remains a genuine issue of material fact regarding a claim of disparate treatment based upon sexual orientation in violation of Title VII.

Whether there is a genuine issue of material fact of discriminations based upon material false statements by the employer under the Supreme Court case of Reeves v Sanderson Plumbing Products, 530 U.S. 133, 120 S. Ct. 2097, 147 L. Ed. 2d 105 (2000)

This is to certify that a copy of this statement was served on opposing counsel of record this __20__ day of _____, **April**, **2022**  .

Constance Mann
Name of Counsel for Appellant