UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-5307

MONTRELL KILPATRICK,

    Plaintiff - Appellant,

    v.

HCA HUMAN RESOURCES, LLC,

    Defendant - Appellee.

> **FILED**
> Feb 13, 2023
> DEBORAH S. HUNT, Clerk

Before:  SUTTON, Chief Judge; BUSH and MURPHY, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

_____
Deborah S. Hunt, Clerk